EXHIBIT "B"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID SILVA<br>102 Chestnut Way<br>Manalapan, NJ 07726,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANS AMERICAN TRUCKING<br>SERVICE, INC.<br>115 Saint Nicolas Avenue<br>Plainfield, NJ 07027,<br>    Defendant. | No. 2:18-cv-14841-KM-JBC<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably adjusted by and among the parties, it is hereby stipulated and agreed that the Answer and Counterclaim of Defendant, Trans American Trucking, Service, Inc. ("Trans American"), against Plaintiff David Silva ("Silva"), is hereby dismissed with prejudice and without costs against any party.

**KARPF, KARPF & CERUTTI, P.C.**
Attorneys for Plaintiff, David Silva

By: _____
  JEREMY M. CERUTTI, ESQ.

Dated: June 3, 2019

**GIORDANO HALLERAN & CIESLA, P.C.**
Attorneys for Defendant, Trans American Trucking Service, Inc.

By: _____
  MICHAEL J. CANNING, ESQ.

Dated: Jun 3, 2019

Docs #3761117-v1

9